**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Vintrendi Wine Company |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 81-2418976 |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3408 Vollmer Road<br>Olympia Fields, IL 60461<br>*Number, Street, City, State & ZIP Code* | 20650 South Cicero Avenue, #52<br>Matteson, IL 60443<br>*P.O. Box, Number, Street, City, State & ZIP Code* |
| Cook<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>*Number, Street, City, State & ZIP Code* |

**5.  Debtor's website** (URL)   _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Vintrendi Wine Company  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  Vintrendi Wine Company  Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Debtor  Vintrendi Wine Company
        Name

        Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Vintrendi Wine Company _____  Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 4, 2025
               MM / DD / YYYY

**X** /s/ Rickey Nesbitt                          Rickey Nesbitt
Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Gregory K. Stern                    Date  December 4, 2025
Signature of attorney for debtor                             MM / DD / YYYY

Gregory K. Stern
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 427-1558      Email address  greg@gregstern.com

6183380 IL
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Vintrendi Wine Company |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Byzfunder NY LLC<br>530 7th Avenue<br>Suite 505<br>New York, NY 10018 | | All Assets of the Debtor | | $33,443.70 | $46,425.41 | $33,443.70 |
| Capital On Tap<br>33 Irving Place, Suite 3009<br>New York, NY 10003 | | Periodic Purchases | | | | $19,581.61 |
| Credit Key<br>145 South Fairfax Avenue, 2nd Floor<br>Los Angeles, CA 90036 | | Periodic Purchases | | | | $3,423.00 |
| FC Marketplace LLC dba Funding Circle<br>707 17th Street, Suite 2200<br>Denver, CO 80202 | | All Assets of the Debtor | | $223,279.86 | $46,425.41 | $223,279.86 |
| FC Marketplace LLC dba Funding Circle<br>707 17th Street, Suite 2200<br>Denver, CO 80202 | | All Assets of the Debtor | | $88,044.41 | $46,425.41 | $88,044.41 |
| First National Bank Omaha<br>P.O. Box 3412<br>Omaha, NE 68103-0331 | | Periodic Purchases | | | | $7,918.25 |
| First National Bank Omaha<br>P.O. Box 3412<br>Omaha, NE 68103-0331 | | Periodic Purchases | | | | $12,557.45 |
| Fundbox<br>5760 Legacy Drive, Suite B3-535<br>Plano, TX 75024 | | All Assets of the Debtor | | $25,476.80 | $0.00 | $25,476.80 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

Debtor  Vintrendi Wine Company                Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Illinois Department of Revenue Bankruptcy Section PO Box 19035 Springfield, IL 62794-9035 | | | | | | $8,213.22 |
| Liberty Bank and Trust Company 6600 Plaza Drive, 6th Floor New Orleans, LA 70127 | | All Assets of the Debtor | | $118,134.17 | $46,425.41 | $118,134.17 |
| Liberty Bank and Trust Company 6600 Plaza Drive, 6th Floor New Orleans, LA 70127 | | All Assets of the Debtor | | $46,074.14 | $46,425.41 | $46,074.14 |
| New Wave Capital LP dba Capital on Tap 33 Irving Place, Suite 3009 New York, NY 10003 | | Periodic Purchases | | | | $19,581.61 |
| Olympia Square Shopping Center c/o Bizios Property Management, LLC PO Box 615 33 N Addison Road, Suite 210 Addison, IL 60101 | | Past Due Rent | | | | $36,439.01 |
| R&L Carriers, Inc. 600 Gillam Road P.O. Box 271 Wilmington, OH 45177 | | Periodic Purchases | | | | $1,553.00 |
| Rapid Finance 4500 East West Highway, 6th floor Bethesda, MD 20814 | | Loan | | | | $46,010.16 |
| U.S. Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155 | | All Assets of the Debtor | | $167,176.78 | $0.00 | $120,751.37 |
| Waterloo Container Company P.O. Box 262 2311 Route 414 Waterloo, NY 13165 | | Periodic Purchases | | | | $1,814.25 |

Debtor   Vintrendi Wine Company   Case number *(if known)*
           *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Web Bank<br>1850 Parkway Place<br>Suite 1150<br>Marietta, GA 30067 | | Online Shopify Account, Investment Property, Letters of Credit, and Money | | $20,831.37 | $46,425.41 | $20,831.37 |
| WebBank<br>c/o QuickBooks Capital<br>P.O. Box 842978<br>Dallas, TX 75284 | | Line of Credit | | | | $2,012.16 |
| WebBank<br>c/o QuickBooks Capital<br>P.O. Box 842978<br>Dallas, TX 75284 | | Loan | | | | $14,471.32 |

Ample Labels
1101 Eaglecrest Street
Nixa, MO 65714

Andew B. Glaab
Cohn & Dussi, LLC
255 State Street, Suite 7B
Boston, MA 02109

Ashley Container Corp.
475 East Joe Orr Road
Chicago Heights, IL 60411

Byzfunder NY LLC
530 7th Avenue
Suite 505
New York, NY 10018

Capital On Tap
33 Irving Place, Suite 3009
New York, NY 10003

Carin Nesbitt
3408 Vollmer Road
Olympia Fields, IL 60461

Credit Key
145 South Fairfax Avenue, 2nd Floor
Los Angeles, CA 90036

Ecolab, Inc.
P.O. Box 70343
Chicago, IL 60673

FC Marketplace LLC dba Funding Circle
707 17th Street, Suite 2200
Denver, CO 80202

First National Bank Omaha
P.O. Box 3412
Omaha, NE 68103-0331

Fundbox
5760 Legacy Drive, Suite B3-535
Plano, TX 75024

iBusiness Funding USA
P.O. Box 206536
Dallas, TX 75320


Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035


Liberty Bank and Trust Company
6600 Plaza Drive, 6th Floor
New Orleans, LA 70127


Lieberman & Klestzick, LLP
P.O. Box 356
Cedarhurst, NY 11516


New Wave Capital LP dba Capital on Tap
33 Irving Place, Suite 3009
New York, NY 10003


Nissan Motor Acceptance Corporation
Bankruptcy Department
PO Box 660366
Dallas, TX 75266-0366


Olympia Square Shopping Center
c/o Bizios Property Management, LLC
PO Box 615
33 N Addison Road, Suite 210
Addison, IL 60101


Pest Management Services, Inc.
P.O. Box 694
Blue Island, IL 60406


R&L Carriers, Inc.
600 Gillam Road
P.O. Box 271
Wilmington, OH 45177


Rapid Finance
4500 East West Highway, 6th floor
Bethesda, MD 20814

```
Rickey Nesbitt
3408 Vollmer Road
Olympia Fields, IL 60461


Shopify Admin
100 Shocker Slip, 2nd Floor
Richmond, VA 23219


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Walker Wine Juice, LLC
2860 Route 39
Forestville, NY 14062


Waterloo Container Company
P.O. Box 262
2311 Route 414
Waterloo, NY 13165


Web Bank
1850 Parkway Place
Suite 1150
Marietta, GA 30067


WebBank
c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284
```