IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| VINTRENDI WINE COMPANY, | ) | Case No. 25-18650 |
| | ) | |
| Debtor. | ) | Hon. David D. Cleary |

## ATTACHMENT

Signature Pages for A) Voluntary Petition and B) Creditor Matrix

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID # 6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Debtor   Vintrendi Wine Company              Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 4, 2025
              MM / DD / YYYY

X _____        Rickey Nesbitt
Signature of authorized representative of debtor        Printed name

Title   President

**18. Signature of attorney**

X _____        Date   December 4, 2025
Signature of attorney for debtor                MM / DD / YYYY

Gregory K. Stern
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   (312) 427-1558      Email address   greg@gregstern.com

6183380 IL
Bar number and State

# United States Bankruptcy Court
## Northern District of Illinois

In re: Vintrendi Wine Company

Debtor(s)

Case No.
Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 28

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: December 4, 2025

Rickey Nesbitt/President
Signer/Title