**Fill in this information to identify the case:**

Debtor name    Vintrendi Wine Company

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    25-18650

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 0097 | $487.14 |
| 3.2. | Seaway Credit Union | Savings Account | 1794 | $48.93 |
| 3.3. | Navy Federal Credit Union | Savings | 7567 | $11.05 |
| 3.4. | PNC | Checking Account | 4526 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Shopify Payment Processing Account (Frozen) | $1,006.62 |
| 4.2. | Toast Payment Processing Account (Frozen) | $2,822.12 |

Debtor    Vintrendi Wine Company
_____    Case number *(If known)* 25-18650
Name

4.3.    Square Payment Processing Account    $242.54

4.4.    Paypal Account    $0.00

4.5.    CashApp    $0.00

5.    **Total of Part 1.**    $4,618.40
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.    Bizios Property Management -  Security Deposit    $10,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    $10,000.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    963.17    -    0.00    = ....    $963.17
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    $963.17
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

| Debtor | Vintrendi Wine Company | Case number *(If known)* | 25-18650 |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** See attached Bulk Inventory | | $10,304.25 | Liquidation | $1,030.42 |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** See attached Wine Inventory | 12/3/2025 | $47,585.50 | Liquidation | $35,689.13 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**                                                                              $36,719.55

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____3,878.96_____ Valuation method _____Liquidation_____ Current Value _____387.89_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached List of Kitchen Equipment | Unknown | Liquidation | $500.00 |

Debtor  Vintrendi Wine Company _____   Case number (If known)  25-18650 _____
        Name

| See attached List of Office Furniture, Restuarant Furntiure, Tools & Misc. Equipment | Unknown | Liquidation | $3,230.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   $3,730.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2021 Nissan NV200 | $0.00 | | $12,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $12,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

Debtor    Vintrendi Wine Company _____    Case number *(if known)*  25-18650 _____
Name

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** United States of America Patent and Trademark for "Vintrendi" | $0.00 | | $0.00 |
| United States of America Patent and Trademark for "Ms. Vera's" | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** Website - vintrendiwines.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** State of Illinois Liquor License | $0.00 | | $0.00 |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

| | $0.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Vintrendi Wine Company                                        Case number *(If known)*  25-18650
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,618.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $963.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $36,719.55 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,730.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $68,031.12 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $68,031.12 |

**Fill in this information to identify the case:**

Debtor name   Vintrendi Wine Company

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   25-18650

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

---

**2.1   Byzfunder NY LLC**
Creditor's Name

530 7th Avenue
Suite 505
New York, NY 10018
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2025

**Last 4 digits of account number**
9943

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets of the Debtor

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $33,443.70   Value of collateral: $46,031.12

---

**2.2   FC Marketplace LLC dba Funding Circle**
Creditor's Name

707 17th Street, Suite 2200
Denver, CO 80202
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
01/02/2024

**Last 4 digits of account number**
0246

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All Assets of the Debtor

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: $223,279.86   Value of collateral: $46,031.12

---

| Debtor | Vintrendi Wine Company | Case number (if known) | 25-18650 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | FC Marketplace LLC dba Funding Circle | | $88,044.41 | $46,031.12 |

**FC Marketplace LLC dba Funding Circle**
Creditor's Name

707 17th Street, Suite 2200
Denver, CO 80202
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/14/2024

**Last 4 digits of account number**
1649

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets of the Debtor

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Liberty Bank and Trust Company | | $46,074.14 | $46,031.12 |

**Liberty Bank and Trust Company**
Creditor's Name

6600 Plaza Drive, 6th Floor
New Orleans, LA 70127
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2025

**Last 4 digits of account number**
3272

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All Assets of the Debtor

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Liberty Bank and Trust Company | | $118,134.17 | $46,031.12 |

**Liberty Bank and Trust Company**
Creditor's Name

6600 Plaza Drive, 6th Floor
New Orleans, LA 70127
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All Assets of the Debtor

**Describe the lien**
UCC Lien

---

| Debtor | Vintrendi Wine Company | Case number (if known) | 25-18650 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**
03/18/2025

**Last 4 digits of account number**
3326

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Nissan Motor Acceptance Corporation** | | | $10,771.39 | $12,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Bankruptcy Department**
**PO Box 660366**
**Dallas, TX 75266-0366**
Creditor's mailing address

Describe debtor's property that is subject to a lien
2021 Nissan NV200

Describe the lien
Retail Installment Contract - Motor Vehicle

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2199

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | | | $167,176.78 | $46,031.12 |
|---|---|---|---|---|---|

Creditor's Name

**14925 Kingsport Road**
**Fort Worth, TX 76155**
Creditor's mailing address

Describe debtor's property that is subject to a lien
All Assets of the Debtor

Describe the lien
UCC Lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**
6/28/2020

**Last 4 digits of account number**
7902

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | Vintrendi Wine Company | Case number (if known) | 25-18650 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Web Bank | Describe debtor's property that is subject to a lien | $20,831.37 | $46,031.12 |

Creditor's Name

Online Shopify Account, Investment Property, Letters of Credit, and Money

1850 Parkway Place
Suite 1150
Marietta, GA 30067

Creditor's mailing address

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $707,755.82 |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Andew B. Glaab
Cohn & Dussi, LLC
255 State Street, Suite 7B
Boston, MA 02109 | Line  2.2 | |
| Andew B. Glaab
Cohn & Dussi, LLC
255 State Street, Suite 7B
Boston, MA 02109 | Line  2.3 | |
| iBusiness Funding USA
P.O. Box 206536
Dallas, TX 75320 | Line  2.2 | |
| iBusiness Funding USA
P.O. Box 206536
Dallas, TX 75320 | Line  2.3 | |
| Lieberman & Klestzick, LLP
P.O. Box 356
Cedarhurst, NY 11516 | Line  2.1 | |

Debtor    Vintrendi Wine Company
          _____
                    Name

Case number (if known)    25-18650

Shopify Admin
100 Shocker Slip, 2nd Floor
Richmond, VA 23219

Line   2.8

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Vintrendi Wine Company |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 25-18650 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,213.22 | $8,213.22 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>2025 Sales & Use Tax | | |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,067.64 | $1,067.64 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Liquor Tax | | |
| | Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Vintrendi Wine Company | Case number (if known) | 25-18650 |
|---|---|---|---|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**
Ample Labels
1101 Eaglecrest Street
Nixa, MO 65714

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 5894

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$468.87

---

**3.2**

**Nonpriority creditor's name and mailing address**
Ashland Container Corp.
475 East Joe Orr Road
Chicago Heights, IL 60411

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 6766

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$440.64

---

**3.3**

**Nonpriority creditor's name and mailing address**
Capital On Tap
33 Irving Place, Suite 3009
New York, NY 10003

**Date(s) debt was incurred** 2025 & Prior Years
**Last 4 digits of account number** 1Z38

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$19,581.61

---

**3.4**

**Nonpriority creditor's name and mailing address**
Credit Key
145 South Fairfax Avenue, 2nd Floor
Los Angeles, CA 90036

**Date(s) debt was incurred** 2024 & 2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$3,423.00

---

**3.5**

**Nonpriority creditor's name and mailing address**
Ecolab, Inc.
P.O. Box 70343
Chicago, IL 60673

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 7042

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental

Is the claim subject to offset? ■ No ☐ Yes

$143.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
First National Bank Omaha
P.O. Box 3412
Omaha, NE 68103-0331

**Date(s) debt was incurred** 2025 & Prior Years
**Last 4 digits of account number** 1453

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$12,557.45

---

**3.7**

**Nonpriority creditor's name and mailing address**
First National Bank Omaha
P.O. Box 3412
Omaha, NE 68103-0331

**Date(s) debt was incurred** 2025 & Prior Years
**Last 4 digits of account number** 7942

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$7,918.25

---

Debtor  __Vintrendi Wine Company_____   Case number (if known)  __25-18650_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,476.80 |

**3.8**
Nonpriority creditor's name and mailing address
Fundbox
5760 Legacy Drive, Suite B3-535
Plano, TX 75024

Date(s) debt was incurred  2025

Last 4 digits of account number  9043

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  All Assets of the Debtor

Is the claim subject to offset? ■ No ☐ Yes

$25,476.80

---

**3.9**
Nonpriority creditor's name and mailing address
New Wave Capital LP dba Capital on Tap
33 Irving Place, Suite 3009
New York, NY 10003

Date(s) debt was incurred  2025 & Prior Years

Last 4 digits of account number  2Z38

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$19,581.61

---

**3.10**
Nonpriority creditor's name and mailing address
Olympia Square Shopping Center
c/o Bizios Property Management, LLC
PO Box 615
33 N Addison Road, Suite 210
Addison, IL 60101

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Past Due Rent

Is the claim subject to offset? ■ No ☐ Yes

$36,439.01

---

**3.11**
Nonpriority creditor's name and mailing address
Pest Management Services, Inc.
P.O. Box 694
Blue Island, IL 60406

Date(s) debt was incurred  _

Last 4 digits of account number  0030

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.12**
Nonpriority creditor's name and mailing address
R&L Carriers, Inc.
600 Gillam Road
P.O. Box 271
Wilmington, OH 45177

Date(s) debt was incurred  2025

Last 4 digits of account number  Various

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$1,553.00

---

**3.13**
Nonpriority creditor's name and mailing address
Rapid Finance
4500 East West Highway, 6th floor
Bethesda, MD 20814

Date(s) debt was incurred  2025

Last 4 digits of account number  0551

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

$46,010.16

---

**3.14**
Nonpriority creditor's name and mailing address
Uline
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred  2025

Last 4 digits of account number  4181

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No ☐ Yes

$332.48

---

| Debtor | Vintrendi Wine Company | | Case number (if known) | 25-18650 |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.15** Nonpriority creditor's name and mailing address
Walker Wine Juice, LLC
2860 Route 39
Forestville, NY 14062

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Bulk Inventory Purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
Waterloo Container Company
P.O. Box 262
2311 Route 414
Waterloo, NY 13165

As of the petition filing date, the claim is: *Check all that apply.*  $1,814.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 7568

Basis for the claim:  Periodic Purchases

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
WebBank
c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284

As of the petition filing date, the claim is: *Check all that apply.*  $14,471.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2925
**Last 4 digits of account number** _

Basis for the claim:  Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
WebBank
c/o QuickBooks Capital
P.O. Box 842978
Dallas, TX 75284

As of the petition filing date, the claim is: *Check all that apply.*  $2,012.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** _

Basis for the claim:  Line of Credit

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 9,280.86 |
| 5b. Total claims from Part 2 | 5b. + | $ 192,283.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 201,564.47 |

**Fill in this information to identify the case:**

Debtor name    Vintrendi Wine Company

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    25-18650

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest — Shopping Center Lease | |
| State the term remaining — December 2028 | Bizios Property Management, LLC PO Box 615 33 N Addison Road, Suite 210 Addison, IL 60101 |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    Vintrendi Wine Company

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    25-18650

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive Olympia Fields, IL 60461 | Nissan Motor Acceptance Corporation | ■ D   2.6 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive Olympia Fields, IL 60461 | WebBank | ☐ D _____ <br> ■ E/F   3.18 <br> ☐ G _____ |
| 2.3 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive Olympia Fields, IL 60461 | FC Marketplace LLC dba Funding Circle | ■ D   2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive Olympia Fields, IL 60461 | FC Marketplace LLC dba Funding Circle | ■ D   2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive Olympia Fields, IL 60461 | Liberty Bank and Trust Company | ■ D   2.4 <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | Vintrendi Wine Company | Case number *(if known)* | 25-18650 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive<br>Olympia Fields, IL 60461 | Liberty Bank and Trust Company | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive<br>Olympia Fields, IL 60461 | Byzfunder NY LLC | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive<br>Olympia Fields, IL 60461 | Web Bank | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive<br>Olympia Fields, IL 60461 | WebBank | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.10 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive<br>Olympia Fields, IL 60461 | First National Bank Omaha | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.11 | Rickey Nesbitt, Jr. | 20527 Arcadian Drive<br>Olympia Fields, IL 60461 | First National Bank Omaha | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

Q. 19. Bulk Inventory - Attachment

| Bulk Inventory | Gallons |
|---|---|
| Brandy Spirits | 65 |
| Cream | 110 |
| White | 220 |
| Concord | 220 |
| Red | 195 |
| Apple | 125 |
| Peach | 110 |
| Niagrara | 55 |
| Bluberry | 55 |
| Total Bulk Wine Inventory | $ 1,030.42 |

Q.21. Wine Inventory - Attachment

| Wine | Quantity |
|---|---:|
| Vin Rouge | 100 |
| Vin Blanche | 40 |
| Vintrendi Cellars Pinot Noir | 99 |
| Vintrendi Cellars Caberent Sauvignon | 66 |
| Vintrendi Cellars Shiraz | 135 |
| Vintrendi Cellars Chardonnay | 92 |
| Vintrendi Sauvignon Blanc | 121 |
| Vintrendi Cellars Pinot Grigio | 46 |
| Finesse Silky Red | 112 |
| Finesse Spicy Red | 56 |
| Finesse Silky White | 68 |
| Finesse Blush Rose | 123 |
| Vintrendi Seasons Red Sangria | 132 |
| Vintrendi Season White Sangria | 169 |
| Vintrendi Seasons Almond | 86 |
| Vintrendi Season Blaqberry | 204 |
| Vintrendi Season Plum | 77 |
| Best Life Blanca | 73 |
| Best Life Scarlet | 93 |
| Vine Candy Chocolate Bliss | 72 |
| Vine Candy Chocolate Cherry Cuvee | 38 |
| Vine Candy Toffee Temptation | 78 |
| Vine Candy Caramel Apple | 136 |
| Vintrendi Pumpkin | 32 |
| Vintrendi Vibe Honey Rose | 109 |
| Vintrendi Vibe Peach | 89 |
| Vintrendi Vibe Cherry | 22 |
| Vintrendi Vibe Bluberry | 135 |
| Vintrendi Vibe Razzberry | 227 |
| Ms. Vera's Old Fashioned Crème | 27 |
| Ms. Vera's Banana Crème | 111 |
| Ms. Vera's Sweet Potato Pie | 96 |
| **Total Bottle Wine  Inventory** | $    35,689.13 |

Q. 41  Kitchen Equipment - Attachment

| Category | Item |
|---|---|
| Stainless steel tables (3) | Kitchen Equipment |
| Microwaves (2) | Kitchen Equipment |
| Food & cookware shelving (4) | Kitchen Equipment |
| Serving Items (Chafers, dishes, bowls & silverware) | Kitchen Equipment |
| Airfryer | Kitchen Equipment |
| Commercial Fridge | Kitchen Equipment |
| Commercial Freezer | Kitchen Equipment |
| Convection Oven | Kitchen Equipment |
| Crockpots | Kitchen Equipment |
| Panini Grill | Kitchen Equipment |
| Kettle Warmer (2) | Kitchen Equipment |
| Pots & Pans | Kitchen Equipment |
| | |
| **Total Value** | **$        500.00** |

Q. 41 Office Furntiure, Restaurant Furnture, Electronics, Tools

| Category | Item |
|---|---|
| Desks (2) & Office Chairs (2) | Office Furniture |
| Misc office stuff (shredder, laminator, paper cutter) | Office Furniture |
| Tables (13) Barrels (3) Chairs (30), Bar Stools (2) & Wall/Bench Seating (for 16) | Restaurant Furniture |
| Wine/Beverage Glasses (200) | Restaurant Furniture |
| Printer | Electronics |
| Computer monitors (4) | Electronics |
| Toast kitchen monitor, printers (3), POS desktops (2), Handheld POS (4) | Electronics |
| Walkie Talkies | Electronics |
| TVs (6) | Electronics |
| Glass washer | Equipment |
| Bottle coolers (2) | Equipment |
| Retail Fridge | Equipment |
| Ice Machine | Equipment |
| Production room fridge | Equipment |
| Wine carriers (50) | Equipment |
| Back Bar Refrigerator | Equipment |
| Benches (3) | Furniture |
| Wine alcoves (3) | Equipment |
| Merchandise Displays (3) | Equipment |
| Various carts (12) | Equipment |
| Slushy machines (3) | Equipment |
| Shelving for glass (4) | Equipment |
| 2- retractable signs | Signage |
| A- Easel signb | Signage |
| 2-small flatbed carts | Tools |
| 2-large flatbed carts | Tools |
| 2- rolling utility carts | Tools |
| Pallet Jack | Tools |
| 5-Vvessel disc carts | Tools |
| Racking canes | Tools |
| Powerwasher | Tools |
| Wet/dry vacuum | Tools |
| Garden hose and caddy | Tools |
| brooms, mops, shovels | Tools |
| Mitre Saw | Tools |
| Powerwasher | Tools |
| Wet/dry vacuum | Tools |
| Miscellaneous chemicals and additives | Tools |
| Mitre saw | Tools |
| Drum jack | Tools |
| Spray Painter | Tools |
| 2 wheel dolly | Tools |
| Gasoline generator | Tools |
| 5-Vessel disc carts | Winery Requipment |
| 4- 25 Gallon plastic vessels | Winery  equipment |

| Item | Category |
|---|---|
| 4- 15 Gallob plastic vessels | Winery equipment |
| 5- 5 Gallon plastic vessels | Winery equipment |
| 6- 25 Gallon stainless steel vessels | Winery equipment |
| 5- 310 L stainless steel vessels | Winery equipment |
| 1- bottle washer | Winery equipment |
| 20-Glass Bottle Rack for 2-in-1 Bottle Washer | Winery equipment |
| 30 self priming pumps | Winery equipment |
| 5- Stainless steel tri-clamp racking arm | Winery equipment |
| 1- Refractometer | Winery equipment |
| 1- wine filter | Winery equipment |
| Racking canes | Winery equipment |
| Hand pumps | Winery equipment |
| Mixing wands/ oars | Winery equipment |
| Measuring glassware (beakers, graduated cylinders) | Winery equipment |
| Wine filling machine | Winery equipment |
| Labeling machine | Winery equipment |
| Heat gun | Winery equipment |
| 6- 55 Gallon plastic drums | Winery equipment |
| 2- blenders | Winery equipment |
| 2-Scales | Winery equipment |
| Hydrometer | Winery equipment |
| 2- hotplates | Winery equipment |
| 3- space heaters | Winery equipment |
| Carbonation assembly plus tank | Winery equipment |
| Crates | Winery equipment |
| Hand corker | Winery equipment |
| 14- wood pallets | Winery equipment |
| Miscellaneous hose | Winery equipment |
| Miscellaneous fittings and valves | Winery equipment |
| Stainless steel pots | Winery equipment |
| Buckets | Winery equipment |
| 3- large rubbermaid bins | Winery equipment |
| 4-tasting buckets | Winery equipment |
| Flavoring | Winery equipment |
| 10 ice coolers (various sizes) | Winery equipment |
| Tent and sidewall | Winery equipment |
| 2- 6' tables | Winery Furniture |
| 2-step ladders | Winery Furniture |
| lab tv/ mount | Winery Furniture |
| 3 work bench tables | Winery Furniture |
| 3-Tasting tables | Winery Furniture |
| Exterior fencing | Winery Furniture |
| Plastic shelving in hall | Winery Furniture |
| 1- rolling utility cabinet | Winery Furniture |

| Total Value | $ | 3,230.00 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name      Vintrendi Wine Company

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐  Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ☑  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ☑  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ☑  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ☑  *Schedule H: Codebtors (Official Form 206H)*
- ☑  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐  *Amended Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 4, 2025          x _____
                                            Signature of individual signing on behalf of debtor

                                            Rickey Nesbitt
                                            Printed name

                                            President
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors